1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA CORNEJO, an individual and JUAN CORNEJO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB, individually and as successor in interest to INDYMAC FEDERAL BANK, FSB, fna INDYMAC BANK, FSB; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Government Sponsored Enterprise; MTC FINANCIAL INC., dba TRUSTEE CORPS, a California Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:12−cv−08235−RGK (VBKx)<br><br>*Honorable R. Gary Klausner*<br><br>**[PROPOSED] AMENDED JUDGMENT**<br><br><br><br><br><br>Complaint filed: August 2, 2012<br>Action removed: September 24, 2012 |

///
///
///

1
[PROPOSED] JUDGMENT

1  The Motions to Dismiss (Dkt Nos. 5 and 18) filed by Defendants OneWest Bank, Federal Home Loan Mortgage Corporation ("Freddie Mac") and MTC Financial dba Trustee Corps ("Trustee Corps") (collectively, "Defendants") having been granted in their entirety on November 27, 2012,

Judgment is hereby entered against Plaintiffs Alejandra Cornejo and Juan Cornejo ("Plaintiffs") and in favor of Defendants on all causes of action with prejudice.

DATED: January 02, 2013

_____

Honorable R. Gary Klausner

2

[PROPOSED] JUDGMENT